LDA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH BAGINSKI, LLC, and<br>JOSEPH BAGINSKI,<br><br>*Plaintiffs,*<br><br>vs.<br><br>TOWN OF JOHNSTON,<br><br>*Defendant.* | [redacted] 06 114 ML<br><br>C.A. No.<br><br>*{R.I. Superior Court C.A. No. PC06-0855}* |

**PETITION FOR REMOVAL**

**To: The United States District Court for the District of Rhode Island**

1. Defendant Town of Johnston is a defendant in a civil action filed in the Providence County Superior Court entitled, *Joseph Baginski, LLC v. Town of Johnston, C.A. No. PC06-0855.* Attached to this petition, under Exhibit A, is a complete and certified copy of the record from the Providence County Superior Court.[1]

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about February 17, 2006.

3. The above described action, as stated in plaintiffs' complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by the defendant, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

[1] Please note that while the certified court docket reflects Defendant's Entry of Appearance and Answer as being filed on March 6, 2006, those items have not yet been placed in the court file and Defendant attaches them hereto as Exhibit B.

Defendant,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this 10th day of March 2006, to:

Peter J. Poulos, Esq. (#4517)
1225 Cranston Street
Cranston, RI 02903
(401) 946-7022