STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JOSEPH BAGINSKI, LLC and JOSEPH BAGINSKI,
*Plaintiffs,*

vs.

C.A. No.: 06-0855

TOWN OF JOHNSTON
*Defendant.*

**ANSWER ON BEHALF OF THE DEFENDANT, TOWN OF JOHNSTON**

Now comes the Defendant, the Town of Johnston and answers the plaintiffs' complaint as follow:

1. Defendant, Town of Johnston admits the allegations contained in Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12.

2. This defendant denies the allegations contained in Paragraphs 13, 14 and 15.

3. This defendant denies the allegations contained in Paragraphs 16, 17, 18, 19 and 20 of Count 1 of the plaintiffs' complaint.

4. This defendant denies the allegations contained in Paragraphs 21, 22 and 23 in Count 2 of the plaintiffs' complaint.

5. This defendant denies the allegations contained in Paragraphs 24, 25, 26 and 27 of Count 3 of the plaintiffs' complaint.

6. This defendant denies the allegations contained in Paragraphs 29, 30, 31 and 32 of Count 3 of the plaintiffs' complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

This defendant pleads ripeness as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

This defendant pleads that the plaintiffs lack standing in the claims set forth in the complaint.

### THIRD AFFIRMATIVE DEFENSE

This defendant pleads absolute and qualified immunity as a bar to the within complaint.

### FOURTH AFFIRMATIVE DEFENSE

This defendant pleads all forms of statutory and common law immunity as a bar to the within complaint.

### FIFTH AFFIRMATIVE DEFENSE

This defendant pleads waiver as a bar to the within complaint.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to name the proper party for a suit of this nature.

**This defendant demands trial by jury.**

C.A. No. 06-0855

Defendant,
By its Attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 3rd day of March 2006, to:

Peter J. Poulos
Bar # 4517
1225 Cranston Street
Cranston, RI 02920
(401) 946-7022