STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JOSEPH BAGINSKI, LLC and JOSEPH BAGINSKI,
*Plaintiffs,*

vs.

C.A. No.: 06-0855

TOWN OF JOHNSTON
*Defendant.*

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esquire, hereby enter my appearance in the above-captioned matter on behalf of Defendant, Town of Johnston.

Defendant,
By its attorney,

[signature]

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

C.A. No. 06-0855

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within *Entry of Appearance* was mailed, postage prepaid, on this 3rd day of March, 2006 to:

Peter J. Poulos
Bar # 4517
1225 Cranston Street
Cranston, RI 02920
(401) 946-7022