LDA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH BAGINSKI, LLC, and<br>JOSEPH BAGINSKI,<br><br>*Plaintiffs,* | 06 114 ML |
| vs. | C.A. No. |
| TOWN OF JOHNSTON,<br><br>*Defendant.* | *{R.I. Superior Court C.A. No. PC06-0855}* |

**NOTICE OF FILING PETITION FOR REMOVAL**

**TO: Clerk's Office**
**Providence County Superior Court**
**250 Benefit Street**
**Providence, RI 02903**

**Peter J. Poulos, Esq. (#4517)**
**1225 Cranston Street**
**Cranston, RI 02903**

Please take notice that defendant Town of Johnston has this day filed in the United States District Court for the District of Rhode Island a Petition for Removal of the above-entitled action from the Providence County Superior Court for the State of Rhode Island to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated this 10th day of March 2006.

Defendant,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Notice of Filing Petition for Removal was mailed, postage prepaid, on this 10th day of March 2006, to:

Peter J. Poulos, Esq. (#4517)
1225 Cranston Street
Cranston, RI 02903
(401) 946-7022