UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH BAGINSKI, LLC and
JOSEPH BAGINSKI

VS. C.A. NO. 06-114ML

TOWN OF JOHNSTON *{R.I. Superior Court C.A. No. PC06-0855}*

**MOTION TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT**

Now comes counsel for the Plaintiffs in the above-entitled matter and hereby moves this Honorable Court for an Order allowing Plaintiffs to voluntarily dismiss Count III of Plaintiffs' Complaint entitled "Fifth Amendment Violation."

Wherefore, the Plaintiffs pray that the Court enter an order allowing a voluntary dismissal of the above-referenced Count III and that the Court order any additional relief which is mete and just under the circumstances of this case.

PLAINTIFFS,
JOSEPH BAGINSKI, LLC AND
JOSEPH BAGINSKI
By their attorney

Peter J. Poulos #4517
1225 Cranston Street
Cranston, RI 02920
(401) 946-7022

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Motion by first class mail, postage prepaid to Marc DeSisto, Esquire, 211 Angell Street, P.O. Box 2563, Providence, RI 02906-2563 on this 17th day of March, 2006.