UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH BAGINSKI, LLC and
JOSEPH BAGINSKI

vs. C.A. NO. 06-114ML

TOWN OF JOHNSTON *{R.I. Superior Court C.A. No. PC06-0855}*

**MOTION TO CONTINUE**

Now comes counsel for the Plaintiffs in the above-entitled matter and hereby moves this Honorable Court for an Order allowing a two week continuance of the hearing which is scheduled for April 13, 2006. As grounds for said motion, Plaintiffs aver that Attorney Jeffrey Schreck will be entering his appearance as co-counsel for the Plaintiffs and that he is currently court excused and unavailable to attend said hearing.

Wherefore, the Plaintiffs pray that the Court enter an order continuing this matter and that the Court order any additional relief which is mete and just under the circumstances of this case.

THIS MATTER HAS BEEN PREVIOUSLY SCHEDULED TO BE HEARD BEFORE THE COURT ON FEBRUARY 15, 2006.

PLAINTIFFS,
JOSEPH BAGINSKI, LLC AND
JOSEPH BAGINSKI
By their attorney

Peter J. Poulos #4517
1225 Cranston Street
Cranston, RI 02920
(401) 946-7022

Granted.
Mary M. Lisi
USDJ 4/10/06

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Objection by first class mail, postage prepaid to Marc DeSisto, Esquire, 211 Angell Street, P.O. Box 2563, Providence, RI 02906-2563 on this 7th day of April, 2006.

Motion to Continue-J. Baginski-040706