UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH BAGINSKI, LLC and
JOSEPH BAGINSKI

VS. C.A. NO. 06-114ML

TOWN OF JOHNSTON *{R.I. Superior Court C.A. No. PC06-0855}*

**MOTION TO REMAND**

Now comes the Plaintiffs in the above-captioned matter, Joseph Baginski, LLC and Joseph Baginski and hereby moves this Honorable Court to remand this case back to the Providence County Superior Court. In support of their motion, is a memorandum of law in support thereof.

Wherefore, the Plaintiffs pray that their motion to remand be granted as well as any other relief mete and just under the circumstances.

PLAINTIFFS,
JOSEPH BAGINSKI, LLC AND
JOSEPH BAGINSKI
By their attorney

**GRANTED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 4/26/06

Peter J. Poulos
Peter J. Poulos #4517
1225 Cranston Street
Cranston, RI 02920
(401) 946-7022

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Motion by first class mail, postage prepaid to Marc DeSisto, Esquire, 211 Angell Street, P.O. Box 2563, Providence, RI 02906-2563 on this 24th day of March, 2006.

Peter J. Poulos

Motion-J. Baginski-032